AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHARLES EVERETT WILLIAMS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-179

FPL FOOD, LLC,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 23rd day of March 2021, the Defendant's motion for summary judgment is GRANTED. Judgment is hereby entered in favor of the Defendant and this case stands CLOSED.

March 23, 2021  
Date

John E. Triplett, Acting Clerk  
Clerk

*Candy Cobell*  
(By) Deputy Clerk

GAS Rev 10/2020